IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv458

| | | |
|---|---|---|
| TIFFANY NICOLE ALEXANDER, | ) | |
| Plaintiff, | ) ) ) | |
| Vs. | ) ) | ORDER OF DISMISSAL |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

**THIS MATTER** is before the court on the Commissioner's Motion to Dismiss. Having considered the Commissioner's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Commissioner's Motion to Dismiss (#2) is **GRANTED** for the reasons stated in the government's motion, and this action is **DISMISSED** without prejudice as to plaintiff proceeding with her identical action filed in this court in 3:11cv409.

Signed: October 6, 2011

Max O. Cogburn Jr.
United States District Judge