# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Tiffany Nicole Alexander ,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                            3:11-cv-458

Social Security Administration,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 7, 2011 Order.

                                                Signed: October 7, 2011

                                                Frank G. Johns, Clerk
                                                United States District Court